

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 18, 2020

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Kwasi Kirton*,
       20 Mag. 4956

Dear Judge Davison,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment.

Very truly yours,

So Ordered 5/18/20

GEOFFREY S. BERMAN
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919