April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

KWASI KIRTON ,
                          Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT
AT CRIMINAL PROCEEDING**

20 mj 04956

**Check Proceeding that Applies**

\_\_\_\_\_    Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____    _____

           Print Name                                    Signature of Defendant

  x    Preliminary Hearing

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my preliminary hearing. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to proceed with the preliminary hearing. I have discussed this with my attorney and I willingly give up my right to be present in the courtroom with my attorney for any preliminary hearing that may occur in my case. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my preliminary hearing as well as my right to have my attorney next to me during this proceeding. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability

to speak privately with my attorney at any time during the proceeding if I wish to do so. I consent and ask that this preliminary hearing occur without my physical presence and I ask that, if possible, I be allowed to participate via telephone or videoconference.

Date: June 17, 2020

*Kwasi Kirton* signed by MJ Smith with permission of Mr. Kirton

Kwasi Kirton
Print Name

*Kwasí Kirton* by Ben G
Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely. I also affirm that during a telephone call on June 16, 2020, Mr. Kirton authorized me to digitally/electronically sign this document on his behalf.

Date: June 17, 2020

Benjamin Gold
Print Name

Ben G
Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: _____
Signature of Defense Counsel

Accepted: _[signature]_
Signature of Judge
Date: 6/19/2020